UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARGENT MORTGAGE COMPANY, LLC, its successors and assigns including DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Argent Mortgage Securities, Inc., Asset-Based Pass Through Certificates, Series 2006-M2, Under the Pooling and Insurance Agreement Dates as of August 1, 2006, Without Recourse (Deutsche)<br><br>Plaintiff,<br><br>v.<br><br>EAST WALLUM LAKE TRUST; JOHN K. LACE, Individually and in his capacity as Trustee of the East Wallum Lake Trust; JOHN K. LACE, LISA LACE, and the UNITED STATES OF AMERICA (Department of the Treasury - Internal Revenue Service)<br><br>Defendants. | CA 08 110 ML<br><br>Civil Action No.:<br>(formerly civil action 08-0873, Providence Superior Court) |

**UNITED STATES OF AMERICA'S**
**NOTICE OF REMOVAL TO THE UNITED STATES**
**<u>DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND</u>**

James P. Marusak
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903

John K. Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

East Wallum Lake Trust
c/o John K. Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

Lisa Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

PLEASE TAKE NOTICE that the action styled *Argent Mortgage Company v. East Wallum Lake Trust, et al.*, Case No. 08-0873, now pending in the Providence Superior Court in the state of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action in quiet title brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
E-mail: Alex.T.Case@usdoj.gov

LY NGUYEN
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Telephone: (401) 709-5000
E-mail:Ly.Nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 25th day of March, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

James P. Marusak
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903

East Wallum Lake Trust
c/o John K. Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

John K. Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

Lisa Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

Ly Nguyen

LY NGUYEN
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Telephone: (401) 709-5000
E-mail:Ly.Nguyen@usdoj.gov