UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARGENT MORTGAGE COMPANY, LLC, its successors and assigns including DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Argent Mortgage Securities, Inc., Asset-Based Pass Through Certificates, Series 2006-M2, Under the Pooling and Insurance Agreement Dates as of August 1, 2006, Without Recourse (Deutsche)<br><br>Plaintiff,<br><br>v.<br><br>EAST WALLUM LAKE TRUST; JOHN K. LACE, Individually and in his capacity as Trustee of the East Wallum Lake Trust; JOHN K. LACE, LISA LACE, and the UNITED STATES OF AMERICA (Department of the Treasury - Internal Revenue Service)<br><br>Defendants. | Civil Action No.: 08-110<br>(formerly civil action 08-0873, Providence Superior Court) |

**ORDER ENLARGING TIME OF**
**UNITED STATES TO SERVE RESPONSE TO COMPLAINT**

The above-titled matter is before the Court upon the request of the defendant, the United States of America, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including May 26, 2008, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action. And the Court, being fully advised in the premises, and having determined that the requisite cause for enlargement of time has been shown,

IT IS ORDERED that the defendant, United States of America, shall have to and including May 26, 2008 to serve its answer, motion, or other such response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

DONE and ORDERED at Providence, Rhode Island this ____ day of ___________, 2007.

_________________________________
UNITED STATES DISTRICT JUDGE