UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARGENT MORTGAGE COMPANY, LLC, its successors and assigns including DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Argent Mortgage Securities, Inc., Asset-Based Pass Through Certificates, Series 2006-M2, Under the Pooling and Insurance Agreement Dates as of August 1, 2006, Without Recourse (Deutsche) | Civil Action No.: 08-110 |
| Plaintiff, | CHIEF JUDGE MARY M. LISI |
| v. | |
| EAST WALLUM LAKE TRUST; JOHN K. LACE, Individually and in his capacity as Trustee of the East Wallum Lake Trust; JOHN K. LACE, LISA LACE, and the UNITED STATES OF AMERICA (Department of the Treasury - Internal Revenue Service) | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please notice the appearance of Austin L. Furman as attorney for the defendant, United States of America, in the above-captioned case.

Respectfully submitted this 3rd day of April, 2008,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Austin L. Furman
AUSTIN L. FURMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2007
E-mail: Austin.L.Furman@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF APPEARANCE has this 3rd day of April, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

James P. Marusak
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903

East Wallum Lake Trust
c/o John K. Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

John K. Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

Lisa Lace
1436 East Wallum Lake Road
Pascoag, Rhode Island 02857

/s/ Austin L. Furman
AUSTIN L. FURMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2007
E-mail: Austin.L.Furman@usdoj.gov