UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARGENT MORTGAGE COMPANY, LLC., its successors and assigns, including Deutsche Bank Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset-Based through certificates, Series 2006-M2, Under the Pooling and Insurance Agreement Dated as of August 1, 2006, Without Recourse ) | |
| VS. ) | C.A. NO. 08-110 ML |
| EAST WALLUM LAKE TRUST; JOHN K. LACE, Individually and in his capacity asTrustee of the East Wallum Lake Trust; JOHN K. LACE; LISA LACE; and THE UNITED STATES OF AMERICA (Department of the Treasury - Internal Revenue Service); DAVID TAPALIAN; TAPALIAN & TADROS, P.C.; MARILYN A. JACKVONY; and JACKVONY AND JACKVONY, INC., et al ) | |

### PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(b) AFTER DEFAULT AGAINST DEFENDANTS JOHN K. LACE, Individually and as Trustee of the East Wallum Lake Trust, LISA LACE, and EAST WALLUM LAKE TRUST

This matter came to be heard before the Court, the Honorable Chief Judge Lisi presiding, upon the motion of the plaintiff for entry of final judgment pursuant to Rule 54(b) after default as to defendants John K. Lace, individually and as Trustee of the East Wallum Lake Trust, Lisa Lace, and East Wallum Lake Trust. The plaintiff in the above-entitled action obtained default judgment in favor of plaintiff against defendants John K. Lace, individually and as Trustee of the East Wallum Lake Trust, Lisa Lace, and East Wallum Lake Trust pursuant to this Court's adoption of the Recommendation and Report of Magistrate Judge David L. Martin dated August 23, 2010. After further consideration of the motion of the plaintiff, it is hereby

### ORDERED as follows:

(1) The plaintiff's Motion is granted.

(2) Final Judgment for the plaintiff and against the defendants, John K. Lace, individually and as Trustee of the East Wallum Lake Trust, Lisa Lace, and East Wallum Lake Trust, shall enter pursuant to Rule 54(b) as prayed.

(3) The Court expressly finds that there is no just reason for delay in entering Judgment against John K. Lace, individually and as Trustee of the East Wallum Lake Trust, Lisa Lace, and East Wallum Lake Trust, and Judgment may enter accordingly as against those defendants alone pursuant to Rule 54(b), R.C.P.

(4) The plaintiff's action against the remaining defendants will proceed in the normal course, and all defenses and third-party actions asserted by the remaining defendants may proceed for further determination in due course.

ENTERED as an Order of this Court this __15th__ day of __September__, 2010.

ENTER:

_[signature]_
Chief Judge Mary Lisi

CLERK:

_[signature]_
Clerk

Respectfully submitted,

ARGENT MORTGAGE COMPANY, LLC.
By its Attorneys,

_____
JAMES P. MARUSAK
Gidley, Sarli & Marusak, LLP.
One Turks Head Place  Suite 900
Providence, RI 02903
401-274-6644   fax: 401-331-9304

## CERTIFICATION

I hereby certify that copies of the within ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT were sent electronically via the Court's ECF system to **Austin L. Furman, Trial Attorney, and Alex T. Case, Esquire**, Tax Division, US Department of Justice, PO Box 55, Ben Franklin Station, Washington, DC 20044; **Ly T. Chin, Esquire**, US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **David A. Grossbaum, Esquire**, and **Samuel C. Bodurtha, Esquire** (counsel for defendants Tapalian, Tadros, and Tapalian & Tadros, PC), Hinsaw & Culbertson, LLP, 155 south Main Street, Suite 304, Providence, RI 02903; **Holly R. Rao, Attorney** (counsel for defendants Jackvony (individually) and Jackvony and Jacvony, Inc.), Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886; and by United States first-class mail, postage prepaid, to **Brandon S. Bell, Esquire**, of McOsker-Bell Law Office LLP, 120 Wayland Avenue, Suite 5, Providence, RI 02906-4318, **East Wallum Lake Trust**, c/o John K. Lace, 44 River Street, Harrisville, RI 02830; **John K. Lace**, 44 River Street, Harrisville, RI 02830; and **Lisa Lace**, 1436 East Wallum Lake Road, Pascoag, RI 02857, on the _____ day of _____, 2010,

_____